■ Howard Hausner, Respondent, v. Nat Smilen et al., Appellants.— In an action to recover damages for breach of a contract to purchase shares of capital stock of a corporation, defendants appeal from (1) an order of the Supreme Court, Queens County, entered January 10, 1966, which granted plaintiff's motion for summary judgment and (2) the judgment entered January 12, 1966 pursuant thereto in favor of plaintiff. Order and judgment reversed, on the law, with one bill of $10 costs and disbursements, and motion denied. In our opinion, the record presents issues which must be determined at a trial. Beldock, P. J., Ughetta, Rabin, Hopkins and Benjamin, JJ., concur.

■ In the Matter of the County of Nassau, Respondent, Relative to Acquiring Title to Real Property on Willis Avenue and Other Streets for Street Purposes. Emil V. Olufsen et al., Appellants.— In a condemnation proceeding by the County of Nassau for street purposes, claimants appeal from so much of a final decree of the Supreme Court, Nassau County, entered April 28, 1965, as fixed their compensation for the taking of their real property. The property is part of a parcel that the county had conveyed to a predecessor in claimants' chain of title. Claimants contend that a certain reservation clause in the deed out of the county had not created an easement in perpetuity for highway purposes over the portion of the property in question. Final decree affirmed insofar as appealed from, without costs (*Quinn* v. *County of Nassau*, 15 A D 2d 505). Beldock, P. J., Ughetta, Hill, Rabin and Benjamin, JJ., concur.